# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2119

_____

Curtis D. Glinsey,

                    Appellant,

      v.

Marvin Morrison, Warden, FCI-Forrest City; Jill Dubbie-Gilley, Unit Manager, FCI-Forrest City; Leslie Wood, Case Manager, FCI-Forrest City; Robert E. Lee, Unit Counselor, FCI-Forrest City; Mark Gibson, Unit Officer, FCI-Forrest City,

                    Appellees.

Appeal from the United States District Court for the Eastern District of Arkansas.

[UNPUBLISHED]

_____

Submitted: October 23, 2001

Filed: October 26, 2001

_____

Before HANSEN, FAGG, and BEAM , Circuit Judges.

_____

PER CURIAM.

Federal inmate Curtis D. Glinsey appeals the district court's adverse grant of summary judgment in Glinsey's action against prison employees under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).  The

district court dismissed the action under 42 U.S.C. § 1997e(a) after Glinsey was unable to rebut the employees' showing of his failure to exhaust administrative remedies. Glinsey contends the court abused its discretion in failing earlier to screen his complaint under 28 U.S.C. § 1915A to determine whether he had exhausted his administrative remedies. Glinsey seeks, among other things, a refund of his filing fee. On careful review of the record, and based on the plain language of the statutes at issue, we affirm the district court's dismissal and reject Glinsey's arguments. Nevertheless, we modify the dismissal to be without prejudice to Glinsey's right to refile his complaint after he exhausts his administrative remedies. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.